# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**FRANK LUNDINE, JR.**                                                                 **PLAINTIFF**

**V.**              **CASE NO.: 4:06-CV-01076 GH**

**CHASE INSURANCE LIFE COMPANY**                                    **DEFENDANT**

### ORDER

The Court, having been apprized that the parties have settled their dispute in this matter, hereby dismisses this action with prejudice.

IT IS ORDERED this 13th day of February, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE